# S T A T E   O F   M I C H I G A N

# C O U R T   O F   A P P E A L S

PEOPLE OF THE STATE OF MICHIGAN,

   Plaintiff-Appellant,

v

GREGORY SCOTT MIKULEN,

   Defendant-Appellee.

FOR PUBLICATION
April 24, 2018

No. 337003
Jackson Circuit Court
LC No. 16-001227-AR

Before: MURPHY, P.J., and JANSEN and SWARTZLE, JJ.

JANSEN, J. (*concurring*)

  I concur in the result only.

         /s/ Kathleen Jansen